**KANE, PUGH, KNOELL, TROY & KRAMER LLP**
BY:   **JUSTIN A. BAYER, ESQUIRE**
ATTORNEY I.D. NO. 032722004          ATTORNEY FOR DEFENDANT
510 SWEDE STREET                     GREYHOUND LINES, INC.
NORRISTOWN, PA 19401
(610) 275-2000

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JUANNA CHILAS : | **Civ. Action No.** |
|       Plaintiff : | |
| : | |
| v. : | |
| : | |
| GREYHOUND LINES, INC.; and : | |
| JOHN DOE : | |
| : | |
|       Defendants : | |

**NOTICE TO PLAINTIFF**

TO:   Jeff M. Sheppard, Esquire
      750 Whitehorse Pike
      Hammonton, NJ 08037
      Jsheppard3@comcast.net

     **PLEASE TAKE NOTICE** that Defendant Greyhound Lines, Inc., has filed a Petition in the United States District Court for the District of New Jersey for the removal of an action now pending in the Superior Court of New Jersey, Law Division, Atlantic County, captioned *Juanna Chilas v. Greyhound Lines, Inc. et al.*, Docket No. L-1863-17.

     **FURTHER TAKE NOTICE** that Defendant Greyhound Lines, Inc., has at the same time filed with the United States District Court for the District of New Jersey a copy of the Complaint served upon it, which was filed and entered in the Superior Court of New Jersey, Law Division, Atlantic County.

     A copy of said Notice of Removal is attached hereto and is hereby served upon you.

                                    **KANE, PUGH, KNOELL, TROY & KRAMER, LLP**

DATE: 9/26/2017          BY: /s/ Justin A. Bayer, Esquire
                         JUSTIN A. BAYER, ESQUIRE
                         Attorney for Defendant Greyhound Lines, Inc.

00179238.1