Exhibit "A"

JEFF SHEPPARD, ESQUIRE #016231987
PO Box 169
Hammonton, New Jersey 08037
(609) 605-2717

Attorney(s) for Plaintiff

RECEIVED and FILED
SEP 13 2017
ATLANTIC COUNTY
LAW DIVISION

IN THE SUPERIOR COURT OF THE STATE OF NEW JERSEY
LAW DIVISION
IN AND FOR THE COUNTY OF ATLANTIC

| | |
|---|---|
| JUANNA CHILAS<br><br>Plaintiff(s)<br><br>vs.<br><br>GREYHOUND AND JOHN DOE BUS DRIVER<br><br>Defendant(s) | DOCKET NO. L1863-17<br><br>CIVIL ACTION<br><br>**COMPLAINT** |

Plaintiff Juanna Chilas residing at 2834 Atlantic Ave., Atlantic City NJ by way of complaint against defendant(s) says;

### FIRST COUNT

1. On or about Sept. 14, 2015 plaintiff operated a motor vehicle in an area at or near ramp 98/94 split at the Lincoln Tunnel in New Jersy.

2. At said time and place plaintiff acted in a careful and reasonable manner, free of any negligence whatsoever.

3. At said time and place a vehicle owned by defendant Greyhound and operated by defendant John Doe Bus Driver was caused to abruptly stop the bus in an unreasonable manner.

4. Said motor vehicle operation was the result of the negligence of one or both of the defendants to this action.

5. As a result of said motor vehicle operation, Plaintiff was caused to incur severe injuries to her person.

6. Plaintiff's injuries were the direct and proximate result of the negligence of one or both of the defendants.

Wherefore plaintiff Juanna Chilas demands judgment against defendant Greyhound for her losses, damages, expenses, economic losses, medical bills, interests, attorney fees, costs of suit and any and all other consequential damages.

## SECOND COUNT

Plaintiff Juanna Chilas repeats each and every allegation of the preceding counts and incorporates same as if set forth herein at length.

Wherefore plaintiff Juanna Chilas demands judgment against defendant John Doe Bus Driver for her losses, damages, expenses, economic losses, medical bills, interests, attorney fees, costs of suit and any and all other consequential damages.

## JURY DEMAND

Plaintiff demands a trial by jury as to all issues.

## DESIGNATION OF TRIAL COUNSEL

Pursuant to Rule 4:25-4, Jeff Sheppard, Esquire, is hereby designated as trial counsel for the within cause of action.

## CERTIFICATION

Pursuant to the rules Governing the Courts of the State of New Jersey I hereby certify that the matter in controversy in this case is not the subject of any other action pending in any other court or of a pending arbitration proceeding nor is any other action or arbitration proceeding contemplated. There are no other parties who should be joined to this action to the best of my knowledge.

JEFF SHEPPARD ESQ.

BY: _____ 9-11-17
    JEFF SHEPPARD