UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JUANNA CHILAS<br>　　　　Plaintiff,<br><br>v.<br><br>GREYHOUND LINES, INC.; and<br>JOHN DOE<br><br>　　　　Defendants. | Civil Action<br><br>No. 1:17-cv-07476-RMB-JS |

### STIPULATION OF DISMISSAL WITHOUT PREJUDICE

AND NOW, this 7th day of November, 2017, IT IS HEREBY STIPULATED AND AGREED by and among all counsel that this matter is DISMISSED without prejudice as to all Defendants. *The parties consent to the jurisdiction of this Court to enter this Order.*

BY: _____
JUSTIN A. BAYER, ESQUIRE
Attorney I.D. No. 032722004
Attorney for Defendant
Greyhound Lines, Inc.

BY: _____
JEFFERY M. SHEPPARD
Attorney I.D. No. 016231987
Attorney for Plaintiff

APPROVED BY THE COURT:

_____
HON. JOEL SCHNEIDER
UNITED STATES MAGISTRATE JUDGE

00194049.1